# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2022 KW 0360

VERSUS

NORMAN SANDERS                                           **JULY 18, 2022**

---

In Re:    Norman Sanders, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          197,186.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Snl_

DEPUTY CLERK OF COURT
FOR THE COURT